# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ABRAHAM JUAREZ-FRANCO<br>　　　　AKA<br>MIGUEL VASQUEZ-RODRIGUEZ,<br><br>　　　　　　Defendant. | CASE NO. 12cr2124-L<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment:

8:1326(a) and (b) - Removed Alien Found in the United States (Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/12/12

　　　　　　　　　　　　　　　　　　William V. Gallo
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge